UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NIVEL PARTS AND MANUFACTURING CO. LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES et al.<br><br>*Defendants*. | Court No. 26-04642 |

**ORDER**

Upon reading Defendants' motion for an extension of time to respond to Plaintiff's motion for a temporary restraining order and preliminary injunction (Plaintiff's Motion) and for the parties to provide a status report, and upon consideration of other papers and proceedings had herein, it is hereby

**ORDERED** that Defendants' shall submit their response to Plaintiff's Motion, and if they so choose, a motion to dismiss, by Thursday, November 12, 2026, and it is further

**ORDERED** that the parties shall file the Status Report by November 12, 2026, which shall inform the Court, in detail, on the status of interim measures that Customs now has in place and those measures that Customs plans to take, if any, during the pendency of Plaintiff's Motion.

__________________________
JUDGE

Dated: New York, New York
This _____ day of __________, 2026

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NIVEL PARTS AND MANUFACTURING CO. LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES et al.<br><br>*Defendants*. | Court No. 26-04642 |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION AND FOR THE PARTIES' TO FILE A STATUS REPORT**

The United States (the Government), pursuant to Rules 6(b) and 7 of the United States Court of International Trade, hereby moves this Court for an extension of time of three (3) days, from November 9, 2026 to and including November 12, 2026, for the Government to file its response to Plaintiff's motion for a temporary restraining order and preliminary injunction and for the parties' to provide a joint status report pursuant to this Court's November 3, 2026 Order (Dkt. No. 26). On November 6, 2026, counsel for plaintiff, Eric Emerson stated that Plaintiff consents to an extension of one day but not for three days.

When a motion is made prior to a filing deadline, the Court may, for good cause, extend the time within which a party must act. USCIT Rule 6(b)(1)(A). "Good cause requires the moving party to show that the deadline for which an extension is sought cannot reasonably be met despite the movant's diligent efforts to comply with the schedule." *POSCO*, *et al. v. United States*, Ct. Int'l Trade No. 16-00225, April 21, 2017 order (Docket entry no. 50) (citing *High Point Design LLC v. Buyers Direct, Inc*., 730 F.3d 1301, 1319 (Fed. Cir. 2013) (discussing "good cause" in the context of Federal Rule of Civil Procedure 16(b)); and *United States v.*

*Horizon Prods. Int'l, Inc.*, 34 F. Supp. 3d 1365, 1367 (Ct. Int'l Trade 2014) (diligence is the "primary consideration" under the general good cause standard applicable to USCIT Rules 6(b) and 16(b))).

The parties previously presented competing briefing schedules to the Court, and we respect and acknowledge that the Court placed this case on an expedited schedule. Dkt. No. 26. But we respectfully submit that good cause exists for the requested short extension. Government counsel submitted a confidential proposal to Plaintiff on November 4, 2026, that sought to align this matter with similar matters: *ICON EV LLC v. United States et al*, (Ct. Int'l Trade No. 26-02759), *STAR EV Corp. v. United States et al*, (Ct. Int'l Trade No. 26-03645), *Vexas Corp et al v. United States et al*. (Consolidated Court No. 26-03809). In particular, the three-judge panel recently appointed to hear those cases has ordered the parties therein "to meet and harmonize a proposed schedule for briefing and argument in order to facilitate consideration of the merits of these actions by the three-judge panel." *ICON EV* Dkt. No. 75. The Government recognizes that significant potential efficiencies could be gained by harmonizing the *Nivel* case schedule with the schedule in the other cases, and the Government's proposal aimed to achieve such efficiencies. The parties met and conferred regarding this proposal on November 5, 2026, but plaintiff is currently awaiting client feedback on this proposal.

Undersigned counsel for the Government is diligently working to complete and submit the government's response to Plaintiff's motion for a temporary restraining order and preliminary injunction. However, undersigned counsel requires more time to complete this process and to coordinate review with the U.S. Customs and Border Protection ("CBP'). Specifically, undersigned counsel requires additional time to review the confidential materials and complex financial information that Plaintiff only recently submitted on October 29, 2026.

Undersigned counsel also requires additional time to review the voluminous information that led to the underlying EAPA investigation. Furthermore, the parties require additional time to meet and confer to submit a joint status report pursuant to this Court's order, Dkt. No. 26. Therefore, the Government respectfully requests three additional days, which factors in the Veterans Day federal holiday on November 11, 2026, to complete this process.

WHEREFORE, the Government respectfully requests that this extension be granted

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

November 6, 2026

By: /s/ Margaret J. Jantzen
MARGARET J. JANTZEN
Senior Trial Counsel
Department of Justice, Civil Division
Commercial Litigation Branch

By: /s/ Adam A. Vischio
ADAM A. VISCHIO
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
International Trade Field Office
26 Federal Plaza, Room 346
New York, NY 10278
(202) 305-5528

*Attorneys for Defendant*