# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **NIVEL PARTS AND MANUFACTURING CO., LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES, et al.,**<br><br>Defendants. | **Court No. 26-04642** |

## REVISED SCHEDULING ORDER

Before the court is defendants' motion (Nov. 6, 2026), ECF No. 27 ("Defs.' Mot."), seeking an extension of the time period for the submission of a response to plaintiff's motion for a temporary restraining order and preliminary injunction, (Oct. 20, 2026), ECF No. 6 (public), (Oct. 29, 2026), ECF No. 17 (conf.) ("Plaintiff's Motion"), and for the submission of the joint status report previously ordered by the court. Both are due on Monday, November 9, 2026. Plaintiff consents only to a one-day extension.

Defendants cite as one of the reasons for seeking additional time the government's proposal that seeks to harmonize the schedule in this case with a future schedule that would govern certain other cases now before this Court. Defs.' Mot. 2. To date, the parties have not informed the court that the government has agreed to suspend the imposition of interim measures, and as a result it is necessary that the court plan to conduct an expedited hearing on Plaintiff's Motion on Wednesday, November 18, 2026.

Defendants' proposed three-day extension would allow plaintiff only one business day, Friday, November 13, 2026, before the day (Monday, November 16, 2026) upon which plaintiff must submit its reply to defendants' response and its response to any motion to dismiss that defendants choose to file, and only three business days for plaintiff and the court to consider defendants' submissions prior to the court's hearing. In this respect, the court does not consider defendants' motion for a three-day extension to be fair to plaintiff.

Therefore, in consideration of plaintiff's consent to a one-day extension and of all papers and proceedings had herein, and upon due deliberation, the schedule previously ordered (Nov. 3, 2026), ECF No. 26, is amended as follows. It is hereby

**ORDERED** that defendants shall submit their response to Plaintiff's Motion, and, if they so choose, a motion to dismiss this action, by Tuesday, November 10, 2026; it is further

**ORDERED** that, should defendants move to dismiss this action, plaintiff shall have until Monday, November 16, 2026, to respond to a motion to dismiss and, regardless of whether defendants so move, shall have until that date to reply to defendants' response to Plaintiff's Motion; it is further

**ORDERED** that the court will hold a hearing on Plaintiff's Motion on Wednesday, November 18, 2026 at 11:00 in Courtroom 3 of the James L. Watson Courthouse; it is further

**ORDERED** that defendants shall have until Friday, November 20, 2026, to submit a reply to plaintiff's response to any motion to dismiss; it is further

**ORDERED** that the parties shall consult and shall file a Status Report to inform the court, in detail, on the status of the interim measures that Customs now has in place and those measures that Customs plans to take, if any, during the pendency of Plaintiff's Motion; and it is further

**ORDERED** that the Status Report required by this Order shall be filed no later than Tuesday, November 10, 2026.

/s/ Timothy C. Stanceu
Timothy C. Stanceu
Judge

Dated: November 6, 2026
New York, New York